IT IS SO ORDERED.

Dated: 26 February, 2020 11:54 AM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | |
|---|---|
| IN RE:<br><br>JEFFREY CARMAN<br>GLENDA CARMAN<br><br>DEBTORS | IN PROCEEDINGS UNDER CHAPTER 13<br><br>CASE NO: 19-14906<br><br>JUDGE: JESSICA E. PRICE SMITH |

### AGREED ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN (DOC #15)

This matter came for consideration upon Secured Creditor Nationstar Mortgage LLC's ("Creditor") Objection to Confirmation of the Debtors' Plan filed on August 30, 2019 (Doc. 15) regarding the Creditor's mortgage on the real property located at 2111 Harrison Avenue, Lorain, OH 44055.

The parties have entered into an Agreement resolving certain issue as follows:

**IT IS, THEREFORE ORDERED**:

1. On the date of bankruptcy filing, August 8, 2019, the total claim amount of the Creditor's loan was $79,413.47, evidenced by the Creditor's Proof of Claim filed September 16, 2019, Court Claim Number 2-1.

2. Parties agree the value of this non-primary residence property will be set at $45,000.00

3. Creditor's claim will be paid as secured in the amount of $45,000.00 at a rate of 4.00%, and the remainder of the claim will be paid as general unsecured, as payment in full of its claim.

4. Parties agree that the loan will be de-escrowed and that the Debtors will be responsible for paying their own taxes and insurance going forward.

5. Within thirty (30) days of this Order being entered, Debtors will provide proof that the property taxes for 2019 have been paid, and provide an updated homeowner's insurance policy; failure to do so, will permit Creditor to file a Notice Post-Petition Mortgage Fees, Expenses and Charges, for funds advanced by Creditor, should they advance those costs.

6. Parties agree that Creditor's mortgage lien shall only be released upon the successful completion of this bankruptcy case and the issuance of a discharge order. Any dismissal of the case or conversion to Chapter 7 shall result in a full reinstatement of Creditor's lien.

7. The Objection to Confirmation of the Debtors' Plan filed by Creditor is hereby withdrawn.

    IT IS SO ORDERED.

###

SUBMITTED AND APPROVED BY:

/s/ Chris E. Manolis
Chris E. Manolis (0076197)
SHAPIRO, VAN ESS, PHILLIPS & BARRAGATE, LLP
4805 Montgomery Road, Suite 320
Norwood, Ohio 45212
(513) 396-8100
(847) 627-8805-fax
Attorney for Creditor
cmanolis@logs.com

/s/ William C. Behrens
William C. Behrens (0093031)
THE DANN LAW FIRM CO., LPA
PO Box 6031040
Cleveland, OH 44103
216-373-0539
Fax : 216-373-0536
Attorney for Debtors
billbehrens@dannlaw.com

# CERTIFICATE OF SERVICE

A true and correct copy of the Agreed Order was served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

William C. Behrens, The Dann Law Firm Co., LPA, on behalf of Jeffrey Carman and Glenda Carman, debtor(s), at billbehrens@dannlaw.com

Lauren A Helbling, on behalf of the Chapter 13 Trustee's office at lhelbling13@ecf.epiqsystems.com

United States Trustee at Registered address @usdoj.gov

And by regular U.S. mail, postage prepaid, on:

Jeffrey Carman, 2113 Harrison Avenue, Lorain, OH 44055

Glenda Carman, 2113 Harrison Avenue, Lorain, OH 44055