# EXHIBIT A

# W.R. WALLACE LLC
## Land Surveying Services
www.wrwallacesurveying.com

1077 Middlefield Trail
Brunswick, Ohio 44212
(216) 789-4135



PRESENT OWNER: JEFFREY S. & GLENDA CARMAN
NEW OWNER:
ORDER NO:
IMPROVEMENTS:

ADDRESS: 2111 & 2113 HARRISON AVENUE, LORAIN, OHIO 44055
SUBLOT(S): 1, 2 & 3, BLOCK K
ORIGINAL LOT NO(S): 109
SUBDIVISION: LORAIN HEIGHTS ALLOTMENT
ORIGINAL TOWNSHIP: SHEFFIELD
PLAT VOL. NO: 6  PAGE: 21
RECORDED IN LORAIN COUNTY RECORDS
PERMANENT PARCEL NO: 03-00-109-112-008, 009 & 010



SCALE: 1" = 30'
DATE: DECEMBER 24, 2019





WILLIAM R. WALLACE P.S.
Registered Professional Surveyor No. 8288
Job No. 2019030

I hereby declare that the building(s) situated in the described real estate are located on and within the boundaries of said premises unless shown otherwise. This survey was not performed for the purpose of establishing boundary lines, and should not be used as a boundary or land survey. This Mortgage Location Survey is in Accordance with the Ohio Administrative Codes 4733-38 and 4733-37.