# EXHIBIT B


**MORTGAGE**

PHH Mortgage Services  
1 Mortgage Way  
Mt. Laurel, NJ 08054

Tel: 877-744-2506  
Fax: 856-917-8300

March 17, 2020

Account Number: 9191

Dann Law  
Attn: Whitney E. Kaster, Esq.  
P O Box 6031040  
Cleveland, OH 44103

**Borrower(s) Name:**  
Jeffrey S. Carman  
**Property Address:**  
2113 Harrison Ave  
Lorain, OH 44055-3419

## RESPONSE LETTER
## FOR YOUR RECENT REQUEST

Dear Whitney E. Kaster, Esq.

Thank you for the recent communication regarding account 191.

You provided us with the Notice of Errors (NOE) dated January 23, 2020 and requested us to respond to the queries outlined in the correspondence.

Per your request, we have reviewed the account and provided a response below:

According to the authorization letter received, Dann Law has been updated as the authorized third party on our records. The authorized third party may contact us to obtain information regarding this mortgage.

We verified our records and determined that the NOE's provided by you were responded by us through Research response letters dated September 25, 2019 and October 17, 2019. We have enclosed a copy of the above referenced response letters for your review.

We trust that the information provided has fully addressed the concern. Information about this account can also be found online at www.MortgageQuestions.com.

Copies of collateral or certain mortgage account documents that were relied upon in making this determination may be requested. These documents may be received by sending in a written request to the Research Department at the address - PHH Mortgage Services, Post Office Box 66002, Lawrenceville, NJ 08648.

For any questions regarding this account or this request, we can be reached at the number referenced above Monday through Friday from 8:00 am to 9:00 pm and Saturday from 8:00 am to 5:00 pm ET.

Sincerely,

Research Department  
Loan Servicing

*Log in to MortgageQuestions.com --- your servicing website connection.*



**MORTGAGE**

PHH Mortgage Services
1 Mortgage Way
Mt. Laurel, NJ 08054

Tel: 877-744-2506
Fax: 856-917-8300

**State Disclosures:**

**New York Property Owners:** Exclusively for homeowners in New York, you may file complaints about the servicing of your mortgage account with the New York State Department of Financial Services. For further information, call the Department's Consumer Assistance Unit at 800.342.3736 or visit the Department's website at www.dfs.ny.gov.

**Texas Property Owners:** For homeowners in Texas, complaints regarding the servicing of your mortgage should be sent to the Department of Savings and Mortgage Lending, 2601 North Lamar, Suite 201, Austin, TX 78705 or via a toll-free consumer hotline available at 877.276.5550.

A complaint form and instructions may be downloaded and printed from the department's website located at www.sml.texas.gov or obtained from the department upon request by: mail to the above address, telephone through their toll-free consumer hotline listed or email at smlinfo@sml.texas.gov.

**Oregon Property Owners:** Residential mortgage account servicers are regulated by the Oregon Division of Financial Regulation. To file a complaint, call 888.877.4897 or visit http://dfr.oregon.gov.

*Log in to MortgageQuestions.com --- your servicing website connection.*



Borrower: CARMAN, JEFFREY

Address: 2113 HARRISON AVE, LORAIN, OH 44055



Date of Report: 06/26/2019
Loan Id: ███9191
Product: IBPO

| Property Characteristics | | |
|---|---|---|
| | **Vendor Opinion** | **Reconciled Opinion** |
| Property Type | Two-to-Four unit Residence | Duplex |
| GLA | 2809 | 2809 |
| Bedroom (count) | 7 | 7 |
| Bathroom (count) | 3 | 3 |
| Half-Bathroom (count) | 1 | 1 |
| Age | 119.0 | 119 |
| Condition | A-Average | A-Average |
| View | Typical | Typical |
| Location | Suburban | Suburban |
| Occupancy | Occupied | Occupied |
| Lot Size | 13200 | 13200 |
| Average Months in Market | 0 | 3 |
| 30 Day (Quick Sale) As-Is Price | 55000 | |
| Normal Market Time As-Is | 65000.00 | |
| As-Repaired Price | 65000 | |
| **Reconciled Market Value:** | **$90000.00** | |



**Review Comments:**

Estimated value of subject property is $90,000. Vendor Cost To Cure: NA. Opinion on Cost To Cure: NA As Repaired Value: NA. Change in estimated value vs present vendor value is 38%. Change in estimated value vs prior reviewed value dated 10/9/2018 is -17%. The subject property is located in the suburban area of LORAIN, LORAIN County. It is a detached style two stories two buildings two-family residence built in 1900 with a Gross living area of 2,809 sq. ft. with, 11 rooms, 7 bedrooms, 3.5 baths on 13,200 Sq. ft. lot. The subject property has partially finished basement, deck and porch. As per mortgage record subject owner is "Jeffrey S Carman". Origination Appraisal report considered the subject property as Single Family Dwelling built on two parcels 0300109112008 & 0300109112010; however in-between there is another parcel "0300109112009" that also belongs to the borrower "Jeffrey S Carman". As per the confirmation all the three parcels are serviced together, hence considered the lot size as 13,200 sq. ft. inclusive of all three. There are two buildings both built in 1900 however one is a two story dwelling with GLA of 1,040 sq. ft. and other is 1.5 stories with GLA of 1,769 sq. ft., since there are two separate parcels and both buildings are over 1,000 sq. ft. considered subject as a two unit two buildings with GLA 2,809 sq. ft. for the current review. Tax record and current report description is relied on for the review. Interior Inspection is highly recommended to verify the exact unit count and GLA for the subject. Based on the exterior pictures available in Property preservation inspection vendor and Current valuation vendor; subject is occupied and average in condition. Based on the research the current estimated value is $90,000. There is significant decrease of 17% from the prior review and significant increase of 38% from the current vendor. There were no comps similar to subject GLA, lot size and unit count during the time of prior review; therefore in order to find comps supporting to subject, the prior considered properties located from different neighborhood, which as per current research is altogether a different market. Also the comps are superior in lot size, GLA and condition, hence the value arrived is towards the higher end of the market. Subject is unique property with superior lot size and GLA, there are no comps similar to subject; therefore the current vendor ended up utilized properties those are inferior in condition and lot size supporting towards the lower end of the market. Unable to suggest comps similar to subject, hence the order was not placed on hold, considered the best available and proceeded with the review. Comparable "1821 E 31st St Lorain, OH 44055" is considered from the current vendor report; this Comp is a recent sale two unit residence located from a neighborhood similar to subject; however inferior in condition and lot size, hence considered same for the reconciliation to arrive at a reliable value for subject. Comparable "1724 E 34th St Lorain, OH 44055" is considered from the online sources; this Comp is a recent sale two unit residence located from a neighborhood similar to subject; however inferior in GLA and lot size, hence considered same for the reconciliation to arrive at a reliable value for subject. Comparable "2533 E 31st St, Lorain, OH 44055" is considered from the current vendor report; this Comp is similar to subject GLA; however superior in unit count and condition, hence considered same for the reconciliation to arrive at a reliable value for subject. Due to non-availability of two building comps similar to subject it was necessary to consider one building two and three unit comps as exception for the review. Condition, unit count, GLA, bed count and lot size factors are considered for the reconciliation to arrive at a reliable value for subject. Based on the above research the subject value is $90,000. Following comparables were used for Value Support: 1. 1821 E 31st St Lorain, OH 44055, GLA - 2,520 SF, Bed - 5, Baths : 2.5, Sale Date : - 05/22/2019, DOM - 43, Sale Price : - $90,000. 2. 1724 E 34th St Lorain, OH 44055, GLA - 1,780 SF, Bed - 4, Baths : 2, Sale Date : - 06/29/2018, Sale Price : - $68,900. 3. 2533 E 31st St, Lorain, OH 44055, GLA - 2,424 SF, Bed - 6, Baths : 3, Listing Date : - 04/05/2019, DOM - 82, Listing Price : - $97,500. Based on the exterior pictures available in Property preservation inspection vendor and Current valuation vendor; subject is occupied and average in condition. According to online sources the subject has not sold in the past 36 months and is not listed for sale from past 12 months. The subject property is located in the suburban area of LORAIN, LORAIN County. There are no external factors affecting the value of the subject or the comps. The subject property and all the comps used for value support are from the same neighborhood having similar external factors. The current vendor reports market values are increasing in the past 12 months, there is a over supply of available properties, and marketing times were reported as under 3 months. The subject market values in collateral analytics indicate an increase of 4% from the past 12 months and 2% increase from the prior review. The subject property has a low REO impact of 7% (2 REO and short sales out of 30 sales).