| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-1<br>Case 19-14906-jps<br>Northern District of Ohio<br>Cleveland<br>Fri Apr  3 17:35:46 EDT 2020 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Howard M. Metzenbaum U.S. Courthouse<br>United States Bankruptcy Court<br>Howard M. Metzenbaum U.S. Courthouse<br>201 Superior Avenue<br>Cleveland, OH 44114-1235 |
| Ally Financial<br>200 Renaissance Ctr # B0<br>Detroit, MI 48243-1300 | Cap One<br>P.O.Box 26030<br>Richmond, VA 23260-6030 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Cap1/Bstby<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3440 | Capital One Bank<br>ATTN: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Cbna<br>701 East 60th Street<br>Sioux Falls, SD 57104-0432 |
| Comenity Bank<br>ATTN: Bankruptcy<br>1 Righter Parkway #100<br>Wilmington, DE 19803-1533 | Comenitybank/Victoria<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenitybank/Wayfair<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Credit One Bank Na<br>Po Box 98875<br>Las Vegas, NV 89193-8875 | Dan McGookey<br>McGookey Law Offices<br>225 Meigs St.<br>Sandusky, OH 44870-2836 | Dovin and Reber Jones<br>Funeral and Cremation Center<br>1110 Cooper Foster Pk Rd<br>Amherst, OH 44001-1109 |
| First Federal Credit C<br>24700 Chagrin Blvd Ste 2<br>Cleveland, OH 44122-5662 | Hsbc/Scusa<br>5201 Rufe Snow Dr<br>North Richland Hills, TX 76180-6036 | James R. Foos<br>PO Box 16444<br>Rocky River, OH 44116-0444 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Katherine Simone, Esq.<br>4905 Montgomery Road, Suite 320<br>Cincinnati, OH 45212 | Lvnvfundg<br>P.O. Box 10584<br>Greenville, SC 29603-0584 |
| Manley Deas Kochalski<br>PO Box 165028<br>Columbus, OH 43216-5028 | Marc and Hannah Wilson<br>2111 Harrison Avenue<br>Lorain, OH 44055-3419 | Mr. Cooper/Bankruptcy<br>PO Box 619094<br>Dallas, TX 75261-9094 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>PO Box 619096<br>Dallas, TX 75261-9096 | Ocwen Loan Servicing LLC<br>1661 Worthington Road, Suite 100<br>West Palm Beach, FL 33409-6493 | Ocwen Loan Servicing, LLC<br>att: Bankruptcy Department<br>PO Box 25736<br>West Palm Beach, FL 33416 |
| Portfolio<br>120 Corporate Blvd, Ste 1<br>Norfolk, VA 23502-4952 | Portfolio Recov Assoc<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4952 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |

| Synchrony Bank                          | Synchrony Bank - Bankruptcy Dept.       | Synchrony Bank - Bankruptcy Dept./Lowes |
|-----------------------------------------|-----------------------------------------|-----------------------------------------|
| c/o PRA Receivables Management, LLC     | ATTN: Bankruptcy                        | ATTN: Bankruptcy                        |
| PO Box 41021                            | PO Box 965060                           | PO Box 965060                           |
| Norfolk VA 23541-1021                   | Orlando, FL 32896-5060                  | Orlando, FL 32896-5060                  |

| Synchrony Bank - Bankruptcy Dept./Walmart | Target Nb                        | Trac/Cbna                    |
|-------------------------------------------|----------------------------------|------------------------------|
| ATTN: Bankruptcy                          | 3701 Wayzata Bv  Mailstop        | Po Box 6497                  |
| PO Box 965060                             | Minneapolis, MN 55416-3440       | Sioux Falls, SD 57117-6497   |
| Orlando, FL 32896-5060                    |                                  |                              |

| U.S. Bank National Association | Webbank/Fingerhut         | Wells Fargo Dealer Svc     |
|--------------------------------|---------------------------|----------------------------|
| PHH Mortgage Corporation       | 6250 Ridgewood Rd         | Po Box 10709               |
| PO Box 24605                   | Saint Cloud, MN 56303-0820| Raleigh, NC 27605-0709     |
| West Palm Beach, FL 33416-4605 |                           |                            |

| Glenda Carman         | Jeffrey Carman        | Lauren A. Helbling            |
|-----------------------|-----------------------|-------------------------------|
| 2113 Harrison Avenue  | 2113 Harrison Avenue  | 200 Public Square Suite 3860  |
| Lorain, OH 44055-3419 | Lorain, OH 44055-3419 | Cleveland, OH 44114-2322      |

William C. Behrens
The Dann Law Firm Co., LPA
PO Box 6031040
Cleveland, OH 44103-8800


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


| Cap One                    | Jpmcb Card              |
|----------------------------|-------------------------|
| Po Box 85015               | Po Box 15298            |
| Richmond, VA 23285-5075    | Wilmington, DE 19850    |


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


| (u)Nationstar Mortgage LLC dba Mr. Cooper | (u)US Bank NA | (u)Federal National Mortgage Association |
|-------------------------------------------|---------------|------------------------------------------|
|                                           |               | 3900 Wisconsin Avenue                    |


| (d)PRA Receivables Management, LLC | End of Label Matrix        |
|------------------------------------|----------------------------|
| PO Box 41021                       | Mailable recipients    42  |
| Norfolk, VA 23541-1021             | Bypassed recipients     4  |
|                                    | Total                  46  |